# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH ROSEN, et al.,<br><br>    *Plaintiffs,*<br><br>vs.<br><br>HSBC BANK USA, et al.,<br><br>    *Defendants.* | Docket No.: 14-cv-02929 (KSH) (CLW)<br><br>**CONSENT ORDER** |

IT IS HEREBY ORDERED that, with the consent of the undersigned counsel, this action is dismissed without prejudice as against Defendants Fidelity National Financial, Inc., Black Knight Financial Services, Inc., Servicelink Holdings LLC, and Lender Processing Services, Inc.

IT IS HEREBY FURTHER ORDERED that, with the consent of the undersigned counsel, the time for Defendant LPS Field Services, Inc., now known as Servicelink Field Services, LLC to file an answer to Plaintiffs' complaint in this action shall be extended to February 27, 2015.

Dated: _____, 2015

 

_____

United States District Judge

Consented to by:

David J. Gruber, Esq.,
Gruber, Schwartz & Posnock, LLP
70 South Orange Avenue-Suite 145
Livingston, NJ 07039
*Attorneys for Plaintiffs*

Brian S. Tretter, Esq.
Fidelity National Law Group
105 Eisenhower Parkway, Suite 103
Roseland, NJ 07068
*Attorneys for LPS Field Services, Inc.
n/k/a Servicelink Field Services, LLC*