UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH ROSEN and MINDY ROSEN<br><br>Plaintiff(s).<br><br>vs.<br><br>HSBC BANK, USA, EVERHOME MORTGAGE, INC., EVERBANK FINANCIAL CORP., BLACK KNIGHT FINANCIAL SERVICES, INC., SERVICELINK HOLDINGS, LLC, LPS FIELD SERVICES, INC., LENDER PROCESSING SERVICES, INC., BUCZEK ENTERPRISES, LLC, WORTHEM'S HOME DETAILING, INC., RALPH WORTHEM, RICHARD BODDIE, JOHN'S CONSTRUCTION AND JOHN DOES 1-10, a series of fictitious names,<br><br>Defendant(s). | DOCKET NO.: 14-CV-02929 (KSH) (CLW)<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice and without costs.

LAW OFFICES OF GRUBER,
SCHWARTZ & POSNOCK, LLP.

By: _____
David J. Gruber, Esq.
Attorney for Plaintiffs,
RALPH ROSEN and MINDY ROSEN

FEIN, SUCH, KAHN & SHEPARD, P.C.

By: _____
Gregg P. Tabakin, Esq.
Attorney for Defendants,
HSBC BANK, USA, EVERHOME MORTGAGE, INC. AND EVERHOME FINANCIAL CORP.

FIDELITY NATIONAL LAW GROUP

By: _____
Brian S. Tretter, Esq.
Attorney for Defendants, LPS Field Services, Inc.n/k/a ServiceLink Field Services, LLC.

Dated: February 27, 2015