# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH ROSEN, et al. | Docket No.: 14-cv-02929 (KSH) (CLW) |
| *Plaintiffs.* | |
| vs. | **CONSENT ORDER** |
| HSBC BANK USA, et al. | |
| *Defendants.* | |

IT IS HEREBY ORDERED that, with the consent of the undersigned counsel, this action is dismissed without prejudice as against Defendants Fidelity National Financial, Inc., Black Knight Financial Services, Inc., Servicelink Holdings LLC, and Lender Processing Services, Inc.

IT IS HEREBY FURTHER ORDERED that, with the consent of the undersigned counsel, the time for Defendant LPS Field Services, Inc., now known as Servicelink Field Services, LLC to file an answer to Plaintiffs' complaint in this action shall be extended to February 27, 2015.

Dated: March 17, 2015

_____
United States District Judge

Consented to by:

_____
David J. Gruber, Esq.,
Gruber, Schwartz & Posnock, LLP
70 South Orange Avenue-Suite 145
Livingston, NJ 07039
*Attorneys for Plaintiffs*

_____
Brian S. Tretter, Esq.
Fidelity National Law Group
105 Eisenhower Parkway, Suite 103
Roseland, NJ 07068
*Attorneys for LPS Field Services, Inc.*
*n/k/a Servicelink Field Services, LLC*